IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RAMON TUGGLE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>T. CANO, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:09-cv-01562-AWI-SMS (PC)<br><br>SECOND ORDER TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS<br><br>(Doc. 10) |

　　　　On September 10, 2009, the Court ordered Plaintiff to either pay the $350.00 filing fee in full or file an application to proceed in forma pauperis. On October 22, 2009, Plaintiff filed an application. However, the form application submitted is deficient in that it does not contain a statement authorizing the deduction of the filing fee from Plaintiff's trust account, a statement which this district requires. The Court will supply the correct application form for Plaintiff to complete and file.

　　　　Accordingly, within **forty-five (45) days** from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. Plaintiff does **not** need to submit another certified copy of his trust account statement.

///

///

-1-

**Failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated:   **November 24, 2009**          **/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE