IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RAMON TUGGLE, | 1:09-cv-01562-AWI-SMS (PC) |
| Plaintiff, | ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF AN APPLICATION |
| vs. | TO PROCEED IN FORMA PAUPERIS, AND GRANTING PLAINTIFF A THIRTY-DAY |
| T. CANO, et al., | EXTENSION OF TIME TO FILE THE APPLICATION |
| Defendants. / | (Doc. 12) |

On November 24, 2009, Plaintiff was ordered to either pay the filing fee in full or file an application to proceed in forma pauperis on the correct form. 28 U.S.C. § 1915. On December 17, 2009, Plaintiff notified the Court that he did not receive the application form with the order.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send Plaintiff an application to proceed in forma pauperis; and

2. Plaintiff is GRANTED a **thirty (30) day** extension of time to file the completed application.[1]

IT IS SO ORDERED.

**Dated:   January 25, 2010**             /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff need not submit a copy of his trust account statement. (Doc. 11.)

-1-