# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RAMON TUGGLE,<br><br>              Plaintiff,<br><br>    v.<br><br>T. CANO, et al.,<br><br>              Defendants.<br>_____/ | CASE NO. 1:09-cv-01562-AWI-SMS PC<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE ANY CLAIMS UPON WHICH RELIEF MAY BE GRANTED<br><br>(Doc. 16) |

Plaintiff Steven Ramon Tuggle is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on September 4, 2009. On February 22, 2010, the Magistrate Judge dismissed Plaintiff's complaint for failure to state any claims upon which relief may be granted, and ordered Plaintiff to file an amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). To date, Plaintiff has not complied with or otherwise responded to the Court's order.[1] As a result, there is no pleading on file which sets forth any claims upon which relief may be granted under section 1983.

///
///
///

---

[1] The order, served on Plaintiff at Kern Valley State Prison, his address of record, was returned as undeliverable. The Clerk's Office re-served the order to Red Rock Correctional Center, which was listed on the returned envelope. The order was again returned as undeliverable. Plaintiff has not updated his address and absent such notice, service at his address of record is deemed effective. Local Rule 83-182(f).

1

Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which relief may be granted under section 1983. This dismissal counts as a strike under 28 U.S.C. § 1915(g).

IT IS SO ORDERED.

Dated: July 11, 2010

CHIEF UNITED STATES DISTRICT JUDGE